1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

LINN E. RICHARDSON,

11

Plaintiff,

No.  C04-1888Z

12

v.

13

DEPARTMENT OF CORRECTIONS, a
political subdivision of the State of
Washington, and L. MALCOLM,

MINUTE ORDER

14

15

Defendants.

16

17

The following Minute Order is made by direction of the Court, the Honorable Thomas
S. Zilly, United States District Judge:

18

19

(1)     Defendants' unopposed Motion for Summary Judgment, docket no. 11, is
GRANTED.

20

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of
record.

21

Filed and entered this 9th day of August, 2005.

22

BRUCE RIFKIN, Clerk

23

24

s/ Casey Condon
By _____

25

Casey Condon
Deputy Clerk

26

MINUTE ORDER   1–